[Doc. No. 8]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAKE BALL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW DURST, <br><br> Defendant. | Civil No. 12-5255 (JBS/JS) |

**<u>AMENDED ORDER</u>**

This matter is before the Court on plaintiffs' "Motion to Amend Complaint and Disqualify Mr. Yacovelle" [Doc. No. 8]; and the Court having received defendant's response [Doc. No. 11]; and the Court having held oral argument on January 15, 2013; and the Court having issued its oral rulings on the record during oral argument; and the Court having granted some of plaintiffs' requests and reserving on other requests pending the submission of additional briefs; and this Order intending to confirm the Court's rulings, and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED this 11th day of February, 2013, that plaintiffs' motion is GRANTED in part and RESERVED in part; and

IT IS FURTHER ORDERED that plaintiffs are granted leave to amend their complaint to name plaintiff Steven Durst as an individual and in his capacity as a trustee; and

IT IS FURTHER ORDERED that plaintiffs are granted leave to amend their complaint to add as defendants Kelly Galica-Peck, Esquire, Halloran & Sage, LLP, and Robinson & Cole, LLP, with the condition that plaintiffs shall properly plead the citizenship of these new parties; and

IT IS FURTHER ORDERED that the Court reserves decision on all other requests made in plaintiffs' motion; and

IT IS FURTHER ORDERED that plaintiffs' amended complaint shall be filed by February 18, 2013; and

IT IS FURTHER ORDERED that this Order is entered without prejudice to the right of the new defendants to assert all appropriate defenses to plaintiffs' amended complaint.

s/Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge