# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | MITCHELL H. COHEN COURTHOUSE |
| **JOEL SCHNEIDER** | 1 John F. Gerry Plaza, Room 2060 |
| **UNITED STATES MAGISTRATE JUDGE** | CAMDEN, NJ 08101-0887 |
| | (856) 757-5446 |

**LETTER ORDER**
**ELECTRONICALLY FILED**
February 21, 2013

Vincent D'Elia, Esquire
The D'Elia Law Firm, LLC
13000 Lincoln Drive West
Suite 300
Marlton, NJ 08053

    **Re:  Jack Ball Trust v. Matthew Durst**
          **Civil No. 12-5255 (JBS/JS)**

Dear Mr. D'Elia:

    The Court received your February 19, 2013 letter request for a conference call. The Court is not clear as to what relief you request. You should put in writing the relief you request and then the Court will determine if a conference call is necessary.

                                     Very truly yours,

                                     *s/Joel Schneider*

                                     JOEL SCHNEIDER
                                     United States Magistrate Judge

JS:jk
cc:  Hon. Jerome B. Simandle
     All Counsel