IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAKE BALL TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW DURST, et al.,<br><br>　　　　Defendants. | Civil No. 12-5255 (JBS/AMD) |

**ORDER ON INFORMAL APPLICATION**

　　This Matter having come before the Court by way of letter application dated June 18, 2013 from Teresa M. Lentini, Esquire, counsel for Plaintiffs for an Order extending the time within which to file Affidavits of Merit against Defendants Kelley Galicia-Peck, Halloran & Sage, LLP, and Robinson & Cole, LLP; and there being no objection to the extension request; and for good cause shown:

　　IT IS on this 20th day of June 2013,

　　**ORDERED** that Plaintiffs' application to extend the time within which to file Affidavits of Merit shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file the Affidavits of Merit against Defendants Kelley Galicia-Peck, Halloran & Sage, LLP, and Robinson and Cole, LLP, by no later than August 26, 2013.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Jerome B. Simandle