[Doc. Nos. 73-3, 76]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| STEVEN DURST and REUBEN DURST,<br><br>          Plaintiffs,<br><br>     v.<br><br>MATTHEW DURST, et al.,<br><br>          Defendants. | Civil No. 12-5255 (JBS/AMD) |

**ORDER**

THIS MATTER comes before the Court by way of Plaintiffs' informal application dated June 18, 2014, seeking to withdraw the certification of Plaintiff Steven Durst dated February 3, 2014 filed in support of the pending motion for leave to file a second amended complaint;[1] and

THE COURT NOTING that, in the pending motion to intervene, the proposed intervenor seeks to intervene in this litigation in order to seal or strike the February 3, 2014 certification of Plaintiff Steven Durst. (See Brief in Support of Motion Bruce A. Goodman to Intervene Pursuant to Fed. R. Civ. P. 24 and to Seal or Strike Certification [Doc. No. 76-3].)

---

[1] The Court notes that Plaintiff Steven Durst also filed certifications dated February 24, 2014 and March 24, 2014 in connection with Plaintiffs' opposition and/or reply to the pending motions. (See, e.g., Certification of Steven Durst [Doc. No. 78]; Certification of Steven Durst in Response to Motion to Intervene and in Opposition to Motion to Strike [Doc. No. 80].)

1

Consequently, for the reasons set forth herein, and for good cause shown:

    IT IS on this 2nd day of July 2014,

    **ORDERED** that Plaintiffs' informal application dated June 18, 2014 shall be, and hereby is, **GRANTED**; and it is further

    **ORDERED** that the certification of Plaintiff Steven Durst dated February 3, 2014 [Doc. No. 73-3] shall be, and hereby is, **STRIKEN**; and it is further

    **ORDERED** that the Clerk of Court shall **SEAL** the certification of Plaintiff Steven Durst dated February 3, 2014 [Doc. No. 73-3]; and it is further

    **ORDERED** that the proposed intervenor's motion to intervene [Doc. No. 76] shall be, and hereby is, **DISMISSED AS MOOT**.

                                     s/ Ann Marie Donio
                                       ANN MARIE DONIO
                                       UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle