[Dkt. Entry 102]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| REUBEN DURST, Trustee, and STEVEN DURST, Individually and as Trustee,<br><br>        Plaintiffs,<br><br>  v.<br><br>MATTHEW DURST, et al.,<br><br>        Defendants. | Civil No. 12-5255 (JBS/AMD) |

**ORDER**

This matter comes before the Court by way of Plaintiffs Rueben Durst and Steven Durst's (hereinafter, "Plaintiffs") motion [Dkt. Entry 102] for leave to file a second amended complaint; and the Court having reviewed the parties' submissions; and having further conducted oral argument on the record by way of telephone conference on April 9, 2015; and the Court noting the following appearances: Vincent D'Elia, Esquire, appearing on behalf of the Plaintiffs; John A. Yacovelle, Esquire, appearing on behalf of the Defendant Matthew Durst; William F. O'Connor, Jr., Esquire, appearing on behalf of Defendant Halloran & Sage, LLP; and Christopher P. Leise, Esquire, appearing on behalf of Defendant Kelley Galica-Peck;

and for the reasons set forth on the record, and for good cause shown:

IT IS on this **10th** day of **April 2015**,

**ORDERED** that Plaintiffs' motion for leave to file a second amended complaint [Dkt. Entry 102] shall be, and is hereby, **DENIED**.

>                             s/ Ann Marie Donio
>                             ANN MARIE DONIO
>                             UNITED STATES MAGISTRATE JUDGE

cc: Hon. Jerome B. Simandle