**The D'Elia Law Firm, LLC**
By: Vincent D'Elia, Esquire
601 Route 73 North, Suite 300
Marlton, New Jersey 08053
Phone (856) 797-9777
Fax     (856) 797-1447
e-mail: delia@delialawfirm.com
Attorneys for Plaintiffs, Jake Ball Trust, Steven Durst and Reuben Durst

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Reuben Durst, Trustee, Steven Durst, individually and as Trustee<br><br>                          Plaintiff<br><br>v.<br><br>Matthew Durst, individually and as Trustee, Halloran & Sage, LLP, Robinson & Cole, LLP and Kelley Galica-Peck<br>                          Defendants | **CIVIL ACTION**<br>No. 1:12-cv-05255-JBS-AMD<br><br>**MOTION DATE: SEPTEMBER 8, 2015** |

## ORDER

THIS MATTER having been opened to the Court by Plaintiffs by way of a Motion to Reconsider and upon notice to all counsel; the Court having considered the submittals, and for good cause shown:

**IT IS on this _____ day of _____, 2015, ORDERED** that:

1.     Plaintiffs' Motion to Amend Complaint to Join Additional Defendants be and hereby is reconsidered and **GRANTED**;

2.     Defendant, Robinson & Cole's Motion for Summary Judgment be and hereby is reconsidered and **DENIED**;

3.     Defendant, Matthew Durst's, Motion for Partial Summary Judgment be and hereby is reconsidered and **DENIED**; and

4. Plaintiffs' Motion to Amend Complaint to join John Yacovelle, Esquire be and hereby is reconsidered and **GRANTED**.

_____
Ann Marie Donio, U.S. Magistrate Judge

F:\FILES\7933 (Steve Durst v. Matthew Durst (District Court Case)\Pleadings\Order granting reconsideration.doc