IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAKE BALL TRUST, et al., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW DURST, et al., <br><br> Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action <br> No. 12-5255 (JBS/AMD) <br><br> **ORDER** |

This matter having come before the Court up Plaintiffs' motion for reconsideration [Docket Item 122]; and the Court having considered the parties' submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **15th** day of **October**, **2015,** hereby

ORDERED that Plaintiffs' motion for reconsideration [Docket Item 122] is denied.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge