# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Reuben Durst, Trustee, Steven Durst, individually and as Trustee<br><br>                          Plaintiff<br>        v.<br><br>Matthew Durst, individually and as Trustee, Halloran & Sage, LLP, Robinson & Cole, LLP and Kelley Galica-Peck<br>                      Defendants | Case No. 1:12-cv-05255-JBS-AMD |

## NOTICE OF APPEAL

Notice is hereby given that Reuben Durst and Steven Durst, Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from an Order dismissing all of Plaintiffs' claims entered in this action on November 30, 2015.

THE D'ELIA LAW FIRM, LLC

Dated:  December 22, 2015

By:___ /s/ Vincent D'Elia_____
Vincent D'Elia, Esquire
Attorney for Plaintiffs
601 Route 73 North, Suite 300
Marlton, New Jersey 08053
Phone (856) 797-9777
Fax    (856) 797-1447
e-mail: delia@delialawfirm.com

F:\FILES\7933 (Steve Durst v. Matthew Durst (District Court Case)\Pleadings\Notice of Appeal.doc